IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON S., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:26-cv-1049-BN |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER EXTENDING DEADLINE

The Court GRANTS the Commissioner's unopposed motion [Dkt. No. 16] under

Federal Rule of Civil Procedure 6(b)(1)(A) and extends the unexpired deadline to

respond to the complaint to **July 1, 2026**.

SO ORDERED.

DATE: June 3, 2026

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE